# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARA ANDRES MICHAL, | Case No. CV 17-07234 DOC (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEAN BORDERS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: 01/11/18

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE